# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAVANAN RAMALINGAM, M.D., | No. 4:17-CV-00216 |
| Plaintiff. | (Judge Brann) |
| v. | |
| ROBERT PACKER HOSPITAL, *et al.*, | |
| Defendants. | |

## ORDER

### AUGUST 21, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 44, is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The motion is **GRANTED** with respect to Counts I and IV of Plaintiff's Complaint.

2. The motion is also **GRANTED** with respect to Plaintiff's effort to obtain punitive damages as part of his promissory estoppel claim.

3. The motion is otherwise **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge