IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAVANAN RAMALINGAM, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT PACKER HOSPITAL/GUTHRIE MEDICAL SYSTEM AUXILIARY, ROBERT PACKER HOSPITAL, THOMAS VANDERMEER, M.D., and BURT CAGIR, M.D.<br><br>Defendants. | No. 4:17-CV-00216<br><br>(Chief Judge Brann) |

## ORDER

### OCTOBER 13, 2021

In accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion in Limine to Dismiss Punitive Damages Under the Cause of Action for Tortious Interference with Contractual/Business Relations, Doc. 87, is **DENIED**.

2. Defendants' Motion in Limine to Limit the Plaintiff's Damages Under the Remaining Causes of Actions and Prevent the Plaintiff from Presenting Evidence of Damages, Doc. 89, is **DENIED**.

3. Defendants' Motion in Limine to Preclude the Plaintiff from Presenting Evidence of Economic Loss, Doc. 91, is **DENIED**.

4. Defendants' Motion in Limine to Dismiss the Plaintiff's Complaint Based on Failure of the Plaintiff to Produce Expert Testimony to Meet the Plaintiff's Burden Under the Health Care Quality Improvement Act, Doc. 93, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge